IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-10285 _____ U.S. District Court Case No. _____ CR-02-00523-0

Cr. No. 02-253-HG 03

Short Case Title U.S. v. James Bohol

Date Notice of Appeal Filed by Clerk of District Court _____ June 4, 2008

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike) |
|---|---|---|
| Please see attached | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| (additional page for designations if necessary) | | Other (please specify) |

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(x)   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _8/27/08_ Estimated date for completion of transcript _____

Print Name of Attorney _Stuart N. Fujioka_ Phone Number _[808] 544-0068_

Signature of Attorney _____

Address _1188 Bishop St. #1006 Honolulu, HI 96813_

**SECTION B** - To be completed by court reporter

I, _Gloria T. Bediamol_ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
_17_ Approximate Number of Pages in Transcript--Due Date _9/27/08_

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _9/2/08_ Court Reporter's Signature _Gloria T. Bediamol_

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

_Sue Beitia_ _9/4/08_ BY: _____
(U.S. District Court Clerk)      (date)      DEPUTY CLERK



COPY

| Date | Reporter | Proceeding |
|------|----------|------------|
| 05/29/08 | Gloria Bediamol | Motion for Judicial Determination of Mental Competency of the Accused |

C:\Doc\Fedcrim\2008\Bohol\trns-req.001.wpd